IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HELSON PABON GONZALEZ,

    Plaintiff,

v.

C/O ALLEN,

    Defendant.

ORDER

Case No. 17-cv-850-jdp

---

HELSON PABON GONZALEZ,

    Plaintiff,

v.

C/O BLISS,

    Defendants.

ORDER

Case No. 17-cv-851-jdp

---

HELSON PABON GONZALEZ, et al.

    Plaintiff,

v.

CP.FLANNERY,

    Defendants.

ORDER

Case No. 17-cv-852-jdp

---

On November 14, 2017, I entered an order directing plaintiff Helson Pabon Gonzalez to submit by December 5, 2017 initial partial filing fees of $1.57 for each of the above cases (total $4.71). Plaintiff's December 5 deadline has past; however, he has instead filed a submission that indicates he is attempting to send the payment to the court. It may be that if provided an enlargement of time, plaintiff will send his payments to the court.

Accordingly, I will provide plaintiff an enlargement of time to submit his initial partial payments to the court.

If plaintiff does not have enough money to make the initial partial payments from plaintiff's regular account, plaintiff should arrange with authorities to pay the remainder from plaintiff's release account.

ORDER

IT IS ORDERED that,

1. Plaintiff Helson Pabon Gonzalez may have enlargement of time, to January 8, 2018, in which to submit the $1.57 initial partial payments (or a single check in the amount of $4.71) of the $350.00 fees for filing cases 17-cv-850, 17-cv-851 and 17-cv-852.

2. If, by January 8, 2018, plaintiff fails to make the initial partial payments or show cause for failure to do so, plaintiff will be held to have withdrawn the actions voluntarily and the cases will be closed without prejudice to plaintiff filing this case at a later date.

Entered this 11th day of December, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge