IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HELSON PABON GONZALEZ,

    Plaintiff,

  v.

C/O ALLEN,

    Defendant.

ORDER

Case No. 17-cv-850-jdp

---

HELSON PABON GONZALEZ,

    Plaintiff,

  v.

C/O BLISS,

    Defendants.

ORDER

Case No. 17-cv-851-jdp

---

HELSON PABON GONZALEZ, et al.

    Plaintiff,

  v.

CP.FLANNERY,

    Defendants.

ORDER

Case No. 17-cv-852-jdp

---

On November 14, 2017, plaintiff Helson Pabon Gonzalez, a prisoner in the custody of the Wisconsin Department of Corrections, was assessed initial partial filing fees of $1.57 for each of the above cases (total $4.71). On December 11, 2017, plaintiff's deadline was extended to January 8, 2018 because he submitted a motion for extension of a legal loan in which he said that he was unable to obtain the funds to purchase an envelope to send his payments. Plaintiff then sent another stating that he still had no means to send the

payments. The January 8 deadline has now passed and the court has not received his initial partial payments. It appears that plaintiff presently has no means with which to send the filing fees or to make his initial partial payments. Under these circumstances, the court will grant plaintiff's motion for leave to proceed without prepayment of the filing fee, but will not require payment of the initial partial filing fees. Even if this court ultimately determines that plaintiff's complaints cannot go forward, plaintiff is advised that the full $350 filing fee for indigent litigants remains plaintiff's obligation. *See* 28 U.S.C. § 1915A.

Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen each complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that,

1. The motions filed by plaintiff Helson Pabon Gonzalez for leave to proceed without prepayment of the filing fee are GRANTED.

2. No further action will be taken in these cases until the court has

screened each complaint as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915(e)(2).  Once the screening process is complete, a separate order will issue.

Entered this 12th day of January, 2018.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge