IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HELSON PABÓN GONZÁLEZ ,

    Plaintiff,

  v.

Case No. 17-cv-850-jdp

BRITTANY ALLEN,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ | 11/7/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |